WESTERN DIST.
October, 1840.     LAMBETH & THOMPSON *vs.* DOSSON AND LOVELACE.

LAMBETH &       APPEAL FROM THE COURT OF THE SEVENTH DISTRICT, FOR THE PARISH OF
THOMPSON                    CATAHOULA, THE JUDGE THEREOF PRESIDING.
*vs.*
DOSSON AND
LOVELACE.       Evidence should be admitted on the trial, of an exception that one of the
                defendants had not been served with *a true and correct copy* of the peti-
                tion; if it is refused, the case will be remanded as to that defendant.

·This is an action against the defendants as joint and sev-
eral obligors in a promissory note; they with one S. W.
M'Clure having all signed.   The note is payable *to the order*
of the plaintiffs at Harrisonburg, in the parish of Catahoula,
where the defendants reside.

The defendants failed to put in any answer; but at the
trial filed an exception by counsel, averring that they had not
been legally cited or served with a true copy of the petition.

They offered the clerk and sheriff to show that the paper
purporting to be a copy, was the only copy of the petition
served on Dosson, and that it was not a true copy.   The
testimony was refused and the defendants' counsel excepted
to the opinion of the court.

This copy differs from the original petition in this:   The
latter reads " that the said note has often been demanded
of the said defendants [at Harrisonburg, and of the defend-
ants at other places and times."]   The copy reads, "that
said note has often been demanded of the said defendants
[personally, and at other places and times."]

There was judgment against both defendants, and they
appealed.

The clerk certifies that the record contains all the docu-
ments on file and proceedings in the case, but omits that it
contains all the evidence adduced.

*Copley* and *Downes*, for the plaintiffs.

*Mayo*, for the defendants.

*Martin, J.,* delivered the opinion of the court.

This case is before us on a bill of exception, taken by the
defendants to the refusal of the judge to receive the testimo-

ny of the clerk and sheriff, to support the exception they had filed, alleging that one of them had not been served with a true and correct copy of the petition ; it being stated in the petition, that payment of the note sued on " had been demanded of said defendants [at Harrisonburg, and of the defendants at other places and times ;"] while in the copy, it states only that the note had been demanded of the said defendants, [" personally at other places and times."] There was judgment against both defendants, and they appealed.

The District Court, in our opinion, erred in refusing to receive testimony of the fact on which the defendant bases his bill of exception.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court, as to the defendant Dosson, be annulled and reversed, and that the case be remanded for a new trial, with directions to admit the testimony mentioned in the bill of exceptions ; the plaintiffs and appellees paying the costs of the appeal, and that as to the defendant Lovelace, the judgment be affirmed, with costs and ten per cent. damages.